IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

STACIE R. BORNMANN,

                                                                   ORDER

                Plaintiff,

                                                                   11-cv-684-bbc

     v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On October 6, 2011, plaintiff Stacie R. Bornmann filed a civil complaint against Michael Astrue, Commissioner of Social Security. She sought to commence this lawsuit without prepayment of the filing fees and costs or providing security therefor, pursuant to 28 U.S.C. § 1915, and was granted leave to do so in an order entered on October 14, 2011. In the same order, I told plaintiff that she would have to submit information showing that she had obtained a final decision from the commissioner on an application for social security benefits. I advised her that the easiest way for her to do this would be to submit a copy of the letter from the Appeals Council denying her request for review, which she should have received if she completed the administrative process. I gave her until November 8, 2011 to submit the information.

Plaintiff has failed to submit the necessary information showing that she has exhausted her administrative remedies. Instead she submitted documents on November 7, 2011, showing that her request was denied initially at the administrative level on October 24, 2011. That document contained information on how she could file an administrative appeal. Because plaintiff has not exhausted her administrative remedies, her case will be dismissed without prejudice.

ORDER

IT IS ORDERED that plaintiff Stacie R. Bornmann's complaint is DISMISSED without prejudice for her failure to prosecute it.

Entered this 16th day of November, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge