IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STACIE R. BORNMANN,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-684-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff Stacie Bornmann's complaint without prejudice for failure to prosecute it.

_Peter Oppeneer_        _11/18/11_

Peter Oppeneer, Clerk of Court        Date