IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STACIE R. BORNMANN,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-684-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff Stacie Bornmann's complaint without prejudice for failure to prosecute it.

_____      11/18/11
Peter Oppeneer, Clerk of Court     Date